GREAT AMERICAN INSURANCE COMPANY v. JOSEPH D. GRIGSBY & COMPANY et al.

No. 640.

Circuit Court of Appeals, Tenth Circuit.

Aug. 2, 1932.

John T. Bottom, of Denver, Colo., for appellant.

John B. Barnard, of Pueblo, Colo., for appellees.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

In re HUDSON RIVER NAVIGATION CORPORATION, Bankrupt.

Ex parte Peter G. TEN EYCK, Trustee, Appellee; City Bank Farmers' Trust Company, as Trustee, Appellant.

Circuit Court of Appeals, Second Circuit.

July 5, 1932.

Henry L. Glenn, of New York City, for appellant.

George J. Hatt, 2d., of Albany, N. Y., for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order reversed on the authority of In re Hudson River Navigation Corporation, Bankrupt (In re City Bank Farmers' Trust Co., as Appellant, In re University Bakery, Inc., Appellant) (C. C. A.) 59 F.(2d) 971, decided June 13, 1932, with costs and disbursements to be assessed against Peter G. Ten Eyck, individually.

INDIAN TERRITORY ILLUMINATING OIL COMPANY et al. v. J. B. DIXON et al.

No. 730.

Circuit Court of Appeals, Tenth Circuit.

Aug. 2, 1932.

Miley, Hoffman, Williams & France, of Oklahoma City, Okl., for appellants.

Willingham & Fariss, of Oklahoma City, Okl., for appellees.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellants.

H. L. JOHNSTONE, Claimant of the Gas Screw TORNADO, etc., Appellant, v. UNITED STATES of America, Appellee.

No. 6970.

Circuit Court of Appeals, Ninth Circuit.

Oct. 3, 1932.

Before SAWTELLE, Circuit Judge, and ST. SURE, District Judge.

PER CURIAM.

Upon motion of proctors for appellee, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.